UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Robert C. Morris

    v.                              Case No. 1:22-cv-275-SE

Federal Bureau of Prisons, et al.

ORDER

      After due consideration of the objections and reply filed (doc. nos. 25, 26, and 37), I herewith approve in part the Superseding Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 18, 2024, for the reasons stated therein. I approve the entirety of the report except that, for the reasons stated in the defendants' objection (doc. no. 26), claim 6(c) is also dismissed for lack of subject matter jurisdiction because the claim falls under the discretionary function exception to the Federal Tort Claims Act's limited waiver of sovereign immunity. See Santana-Rosa v. United States, 335 F.3d 39, 44-45 (1st Cir. 2003).

                                                _____
                                                Samantha D. Elliott
                                                United States District Judge

Date: August 22, 2025

cc:    Robert C. Morris, pro se
       Anna Dronzek, Esq.